**Motion Granted in Part and Denied as Moot in Part; Order filed October 29, 2019.**



In The

# Fourteenth Court of Appeals

_____

**NO. 14-18-00486-CV**

_____

**IN RE ALEX MELVIN WADE, JR., Relator**

_____

**NO. 14-18-00487-CV**

_____

**ALEX MELVIN WADE, JR., Appellant**

**V.**

**BANK OF AMERICA N.A., Appellee**

---

**On Appeal from the 151st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-39002**

---

## ORDER

On October 10, 2019, appellant filed a motion to recall the mandate in these consolidated proceedings on the ground that he did not receive notice of this court's

opinion and judgment issued July 23, 2019. Appellant's motion is granted in cause number 14-18-00487-CV, the appeal in these proceedings. Because no mandate issued in cause number 14-18-00486-CV, appellant's motion is denied as moot.

Appellant's motion for rehearing is due in this court on or before **November 8, 2019.**

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jewell and Bourliot. (Chief Justice Frost would deny the motion).